# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT DAWLEY,**
                          **Plaintiff,**

**-vs-**                                              **Case No.  6:07-cv-872-Orl-98DAB**


**NF ENERGY SAVING CORP. OF
AMERICA,  LI GANG,**
                          **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **RENEWED MOTION TO COMPEL ARBITRATION AND STAY ACTION (Doc. No. 127)** |
| **FILED:** | **August 18, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The District Judge denied the initial motion, without prejudice, as it failed to comply with

Local Rule 3.01(g) (Doc. No. 126).  The instant motion does comply, and the relief sought is

unopposed.  As such, and as the motion is otherwise meritorious, Counter-Defendant Sam Winer's

Renewed Motion to Compel Arbitration of Defendants claims against Winer contained in the

Counterclaim is **granted.** Defendants' Counterclaim against Winer is **stayed** and the Clerk is directed

to administratively terminate Sam Winer as a party (*i.e.,* close the case as to him).  The case will

proceed with Plaintiff's claims against Defendants, and Defendants' counterclaims against Plaintiff.

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2008.

_David A. Baker_

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties