**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT DAWLEY,**
        **Plaintiff,**

**-vs-**                                                **Case No. 6:07-cv-872-Orl-DAB**

**NF ENERGY SAVING CORP. OF**
**AMERICA, GANG LI,**
        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **AMENDED MOTION TO CORRECT JUDGMENT (Doc. No. 169)**
>
> **FILED:**      **December 17, 2008**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED, in part**.

The motion is correct insofar as the judgment in favor of Plaintiff on his claim should be solely against the corporate defendant, but incorrect to the extent it seeks to have Mr. Li "removed from said judgment." As noted in the Memorandum and Opinion (Doc. No. 165), Gang Li was added as a Defendant and Counterclaimant by Defendants themselves. While Defendants voluntarily dismissed certain of the counterclaims prior to trial, two counts remained: fraudulent concealment (Count IV) and declaratory judgment (Count II). Count II was pled solely by the corporate defendant, but Count IV was pled by Gang Li (Doc. No. 104). As noted in the Opinion, Li presented no evidence specific to the fraudulent concealment count, and the Court dismissed it, with prejudice, for lack of proof

(Doc. No. 165 at 2 and 20). Thus, although the Court did not find a basis to hold Mr. Li liable *under the Complaint* (as amended) he prosecuted a *Counterclaim* and is therefore rightly included in the judgment, with respect to that claim.

The Clerk is **ORDERED** to issue an Amended Judgment as follows:

The Court finds for Plaintiff Robert Dawley and against Defendant NF Energy Saving Corp. of America in the amount of $400,000.00, plus prejudgment interest in the amount of $132,821.92 with continuing interest of $131.51 per day on the $400,000.00 obligation until it is paid. Upon payment of the $400,000.00, Plaintiff shall surrender the stock he received at the conversion of the Notes, failing which, the company may cancel the stock. Any payments or collection under the Judgment shall be credited first to interest.

Defendant Gang Li's Counterclaim against Plaintiff is DISMISSED with prejudice.

---

**MOTION:**   **MOTION TO COMPEL (Doc. No. 171)**

**FILED:**      **December 24, 2008**
_____

**THEREON** it is **ORDERED** that the motion is **DENIED**.

---

Plaintiff seeks an additional award of interest on unpaid interest, and an Order essentially directing Defendant to comply with the judgment and pay it in a timely fashion. Plaintiff is not entitled to this relief. Plaintiff received a money judgment on his claim and a money judgment is enforceable by a writ of execution (Rule 69, Federal Rules of Civil Procedure), not an order providing "incentive" for defendants to satisfy the judgment. Having prevailed in large measure on his claim, it is now up to Plaintiff to collect on the judgment. As for costs, as set forth in the prior Order, Plaintiff is entitled to file a Bill of Costs on the approved form, with the Clerk.

**DONE** and **ORDERED** in Orlando, Florida on December 29, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties